# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-3308

**Case Name** Joaquin Ciria v. Arthur Gerrans, et al.

**Hearing Location (*city*)** San Francisco

**Your Name** George C. Harris

List the sitting dates for the two sitting months you were asked to review:

March 31 to April 4, 2025
April 7-11, 2025
May 12-16, 2025
May 19-23, 2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⬤ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ⬤ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ George C. Harris       **Date** Dec. 5, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 New 12/01/2018