UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOAQUIN CIRIA,

Plaintiff - Appellee,

v.

ARTHUR GERRANS and JAMES CROWLEY,

Defendants - Appellants,

and

CITY AND COUNTY OF SAN FRANCISCO; et al.,

Defendants.

No. 24-3308

D.C. No.
4:22-cv-07510-KAW
Northern District of California,
Oakland

ORDER

Before: SCHROEDER, PAEZ, and MILLER, Circuit Judges.

Judges Schroeder and Paez voted to deny the petition for rehearing and Judge Miller voted to grant the petition for panel rehearing. The full court has been advised of the petition and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition for rehearing and rehearing en banc (Dkt. No. 57) is DENIED.